**Opinion issued February 7, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-12-00744-CV**

———————————

**COMMONWEALTH CIVIC ASSOCIATION, INC., Appellant**

**V.**

**DARRELL HAUN, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 10-DCV-180840A**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal because the parties have reached a settlement agreement. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). In

accordance with the agreement of the parties, costs of the appeal are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.